## 46744. HOGAN v. TILLMAN et al.
(380 SE2d 53)

SMITH, Justice.

This case involves a petition for a writ of mandamus to compel a superior court judge and the clerk of the superior court to act in such

a way as to not deny the applicant "his rights to due process; procedural due process rights, and equal protection of the law." He also seeks an award of damages from the judge and clerk.

In view of the fact that this is a direct application to this Court for a writ of mandamus, this case is controlled by *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983), and the petition is therefore dismissed.

*Petition for writ dismissed. All the Justices concur.*

DECIDED MARCH 15, 1989.

Ricky Lamar Hogan, *pro se.*
Robert E. Wilson, *District Attorney*, for appellees.